James F. FRITZ, Appellant,

v.

Togo D. WEST, Jr., Secretary of Veterans Affairs, Appellee.

No. 97–2323.

United States Court of Appeals for Veterans Claims.

Jan. 18, 2000.

Before NEBEKER, Chief Judge, and KRAMER and STEINBERG, Judges.

**ORDER**

PER CURIAM:

This matter is before the Court as to the appellant's application for attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (EAJA). In a November 23, 1999, opinion, the Court held in abeyance further proceedings on the EAJA application and directed the appellant to "file a verification as to whether or not he approves of the submission of the instant EAJA application." *Fritz v. West,* 13 Vet.App. 190, 196 (1999). On December 21, 1999, the appellant filed a document entitled: "SUBMISSION UNDER PROTEST OF VERIFICATION OF APPELLANT OF HIS CONSENT TO COUNSEL'S SUBMISSION OF AN EAJA APPLICATION TO THIS COURT" and a supplemental EAJA application.

Upon consideration of the foregoing, it is

ORDERED that, not later than 30 days after the date of this order, the Secretary

file a response to the appellant's supplemental EAJA application.